District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEKA AHMED ABDULE and BASHIR MOHAMED HASHI,<br><br>Plaintiffs,<br><br>v.<br><br>UR MENDOZA JADDOU, Director of the United States Citizenship and Immigration Services; THOMAS SMITHAM, Charges d'Affairs of the United States Embassy in Rome, Italy; ANTONY J. BLINKEN, United States Secretary of State, United States Department of State; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security;<br><br>Defendants. | Case No. 2:21-cv-01558-BJR<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>Note on Motion Calendar:<br>March 10, 2022 |

COME NOW, Plaintiffs and Federal Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for an extension of 45 days for Defendants to respond to the Complaint. The response date had previously extended the response date until March 14, 2022 and stayed initial scheduling dates.

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:21-cv-01558-BJR
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The underlying facts continue to evolve and there is a significant likelihood that the matter could either become moot or the parties are able to resolve it without the need for litigation. Therefore, the parties believe good cause exists for a brief stay to save the Court and the parties from spending unnecessary time and resources on it.

In light of the above, the parties jointly stipulate and request that the Court:

1. Extend Defendants' time to respond to Plaintiffs' Complaint to May 2, 2022.
2. Continue to stay all other initial scheduling dates.

Stipulated to and presented this 10th day of March, 2022.

| MENTER IMMIGRATION LAW PLLC | NICHOLAS W. BROWN |
| --- | --- |
| | United States Attorney |
| *s/ Meena Pallipamu Menter* | *s/ Nickolas Bohl* |
| MEENA PALLIPAMU MENTER, WSBA #31870 | NICKOLAS BOHL WSBA #48978 |
| 4444 Woodland Park Ave. N., Suite 203 | Assistant United States Attorney |
| Seattle, Washington 98103 | United States Attorney's Office |
| Phone: 206-419-7332 | 700 Stewart Street, Suite 5220 |
| Fax: 206-407-2594 | Seattle, Washington 98101-1271 |
| Email: meena@meenamenter.com | Phone: 206-553-7970 |
| | Fax: 206-553-4067 |
| *Counsel for Plaintiffs* | Email: nickolas.bohl@usdoj.gov |
| | *Counsel for Defendants* |

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:21-cv-01558-BJR
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 17th day of March, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME
2:21-cv-01558-BJR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970