The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEKA AHMED ABDULE and BASHIR MOHAMED HASHI,<br><br>Plaintiffs,<br><br>v.<br><br>UR MENDOZA JADDOU, Director of the United States Citizenship and Immigration Services; THOMAS SMITHAM, Charges d'Affairs of the United States Embassy in Rome, Italy; ANTONY J. BLINKEN, United States Secretary of State, United States Department of State; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security;<br><br>Defendants. | Case No. 2:21-cv-01558-BJR<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Plaintiffs and Federal Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move for an extension of 45 days for Defendants to respond to the Complaint. The Court had previously extended the response date until May 2, 2022, and stayed initial scheduling dates.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The underlying facts continue to evolve and there is a

STIPULATION AND ORDER
FOR EXTENSION OF TIME
2:21-cv-01558-BJR
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

significant likelihood that the matter could either become moot or the parties are able to resolve it without the need for litigation. Therefore, the parties believe good cause exists for a brief stay to save the Court and the parties from spending unnecessary time and resources on it.

The parties also agree that this case is exempt from initial disclosures and will submit a Joint Proposed Case Plan within thirty days of the latest answer deadline (i.e. June 2, 2022), as directed in the Initial Scheduling Order, Dkt. No. 15.

In light of the above, the parties jointly stipulate and request that the Court:

1. Extend Defendants' time to respond to Plaintiffs' Complaint to June 16, 2022.

Stipulated to and presented this 2nd day of May, 2022.

| MENTER IMMIGRATION LAW PLLC | NICHOLAS W. BROWN<br>United States Attorney |
|---|---|
| *s/ Meena Pallipamu Menter*<br>MEENA PALLIPAMU MENTER, WSBA #31870<br>4444 Woodland Park Ave. N., Suite 203<br>Seattle, Washington 98103<br>Phone: 206-419-7332<br>Fax: 206-407-2594<br>Email: meena@meenamenter.com<br><br>*Counsel for Plaintiffs* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATION AND ORDER
FOR EXTENSION OF TIME
2:21-cv-01558-BJR
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 2nd day of May, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER
FOR EXTENSION OF TIME
2:21-cv-01558-BJR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970