District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEKA AHMED ABDULE and BASHIR MOHAMED HASHI,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UR MENDOZA JADDOU, Director of the United States Citizenship and Immigration Services; THOMAS SMITHAM, Charges d'Affairs of the United States Embassy in Rome, Italy; ANTONY J. BLINKEN, United States Secretary of State, United States Department of State; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security;<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-01558-BJR<br><br>STIPULATION FOR EXTENSION OF TIME AND ORDER |

　　Plaintiffs and Federal Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move for an extension of 30 days for Defendants to respond to the Complaint. The Court had previously extended the response date until July 15, 2022, and stayed initial scheduling dates.

　　A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The underlying facts continue to evolve and there is a

STIPULATION FOR EXTENSION OF TIME AND ORDER
2:21-cv-01558-BJR
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

significant likelihood that the matter could either become moot or the parties are able to resolve it without the need for litigation. Therefore, the parties believe good cause exists for a brief stay to save the Court and the parties from spending unnecessary time and resources on it.

The beneficiary at issue was interviewed on June 8, 2022, USCIS and DOS are reviewing the results of the updated security checks, which are necessary before the adjudication of a Form I-730 petition may be completed. USCIS and DOS are continuing to assess the recently received security check results, and all other information relevant to the adjudication of the Form I-730 petition. Depending on the results of this assessment, the government anticipates being able to inform the court within 30 days on the status of its processing of the Form I-730 petition for the beneficiary. If the beneficiary continues to be eligible to travel and the security check related information is resolved, the beneficiary will be scheduled for a medical exam.

In light of the above, the parties jointly stipulate and request that the Court:

1. Extend Defendants' time to respond to Plaintiffs' Complaint to August 19, 2022.

Stipulated to and presented this 14th day of July, 2022.

| MENTER IMMIGRATION LAW PLLC | NICHOLAS W. BROWN<br>United States Attorney |
|---|---|
| *s/ Meena Pallipamu Menter*<br>MEENA PALLIPAMU MENTER, WSBA #31870<br>4444 Woodland Park Ave. N., Suite 203<br>Seattle, Washington 98103<br>Phone: 206-419-7332<br>Fax: 206-407-2594<br>Email: meena@meenamenter.com<br><br>*Counsel for Plaintiffs* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATION FOR EXTENSION OF TIME AND ORDER
2:21-cv-01558-BJR
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 18th day of July, 2022.

*Barbara J. Rothstein*
_____
BARBARA J. ROTHSTEIN
United States District Judge

STIPULATION FOR EXTENSION OF TIME AND ORDER
2:21-cv-01558-BJR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970