District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEKA AHMED ABDULE and BASHIR MOHAMED HASHI,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UR MENDOZA JADDOU, Director of the United States Citizenship and Immigration Services; THOMAS SMITHAM, Charges d'Affairs of the United States Embassy in Rome, Italy; ANTONY J. BLINKEN, United States Secretary of State, United States Department of State; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security;<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-01558-BJR<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Plaintiffs and Federal Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move for an extension of 30 days for Defendants to respond to the Complaint. The Court had previously extended the response date until October 18, 2022, and stayed initial scheduling dates. The parties anticipate this being the last stipulation.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*,

STIPULATION FOR EXTENSION OF TIME
2:21-cv-01558-BJR
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

784 F.2d 910, 912 (9th Cir. 1986). The underlying facts continue to evolve and there is a significant likelihood that the matter could either become moot or the parties are able to resolve it without the need for litigation. Therefore, the parties believe good cause exists for a brief stay to save the Court and the parties from spending unnecessary time and resources on it.

The Department of State anticipates receiving relocation assurances from the appropriate Refugee Service Center within two weeks, then the International Office of Migration will expedite making travel arrangements, and Department of State will issue the necessary travel documents to the beneficiary. At that point, the case will be moot, and the parties will file the appropriate papers to dismiss the matter.

In light of the above, the parties jointly stipulate and request that the Court:

1. Extend Defendants' time to respond to Plaintiffs' Complaint to November 17, 2022.

Stipulated to and presented this 21st day of October, 2022.

| MENTER IMMIGRATION LAW PLLC | NICHOLAS W. BROWN<br>United States Attorney |
|---|---|
| *s/ Meena Pallipamu Menter*<br>MEENA PALLIPAMU MENTER, WSBA #31870<br>4444 Woodland Park Ave. N., Suite 203<br>Seattle, Washington 98103<br>Phone: 206-419-7332<br>Fax: 206-407-2594<br>Email: meena@meenamenter.com<br><br>*Counsel for Plaintiffs* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATION FOR EXTENSION OF TIME
2:21-cv-01558-BJR
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. This being the seventh extension of time granted in this case, however, **the parties are advised that absent extraordinary circumstances, no further extensions of time for Defendants to respond to the Complaint will be granted.**

DATED this 27th day of October, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION FOR EXTENSION OF TIME
2:21-cv-01558-BJR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970