District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEKA AHMED ABDULE and BASHIR MOHAMED HASHI,<br><br>Plaintiffs,<br><br>v.<br><br>UR MENDOZA JADDOU, Director of the United States Citizenship and Immigration Services; THOMAS SMITHAM, Charges d'Affairs of the United States Embassy in Rome, Italy; ANTONY J. BLINKEN, United States Secretary of State, United States Department of State; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security;<br><br>Defendants. | Case No. 2:21-cv-01558-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Deka Ahmed Abdule and Bashir Mohamed Hashi, and Defendants jointly stipulate to dismiss this mandamus action, without attorney's fees or costs to any party.  On June 30, 2021, United Sates Citizenship and Immigration Services issued final adjudications of Plaintiff's I-485 Application for Adjustment of Status and I-601 Application or Waiver of Grounds of Inadmissibility.  Thus, the matters for which Plaintiffs sought mandamus relief have been resolved and Plaintiffs' petition is now moot.

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-01558-BJR
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Plaintiffs and Defendants therefore stipulate to dismiss this action. All parties shall bear their own attorney's fees and costs.

Stipulated to and presented this 2nd day of December, 2022.

| | |
|---|---|
| MENTER IMMIGRATION LAW PLLC | NICHOLAS W. BROWN<br>United States Attorney |
| *s/ Meena Pallipamu Menter*<br>MEENA PALLIPAMU MENTER, WSBA #31870<br>4444 Woodland Park Ave. N., Suite 203<br>Seattle, Washington 98103<br>Phone: 206-419-7332<br>Fax: 206-407-2594<br>Email: meena@meenamenter.com | *s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-01558-BJR
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the case is dismissed with prejudice and without costs or fees for any party.

DATED this 2nd day of December, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-01558-BJR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970